UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE DELFIN-MIER,   )
                    )   CASE NO. C10-795-RSM
            Petitioner,   )
                    )
        v.          )   ORDER OF DISMISSAL
                    )
A. NEIL CLARK, Field Office Director, U.S.   )
Immigration and Customs Enforcement,   )
                    )
            Respondent.   )
_____  )

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return and Motion to Dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss, Dkt. 10, is GRANTED, and this matter is DISMISSED, with prejudice; and

3. The Clerk shall send a copy of this Order to petitioner and to Judge Theiler.

DATED this 1st day of October 2010.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -1